## COMMONWEALTH *vs.* JULIUS HIRSCH.

Suffolk.   Nov. 23. — Dec. 9, 1874.   AMES & DEVENS, JJ., absent.

Under the Gen. Sts. *c.* 116, § 13, and the St. of 1866, *c.* 279, § 8, the Municipal Court of Boston has concurrent jurisdiction with the Superior Court of a complaint charging an assault and battery upon a police officer while in the discharge of his duty.

COMPLAINT to the Municipal Court of the city of Boston, charging an assault and battery upon Moses S. Moulton, a police officer, while in the performance of the duties of his office ; that the assault and battery was not committed with intent to commit any other offence nor with a weapon dangerous to life, and that the life of said Moulton was not endangered thereby, and that he was not maimed thereby.

A fine was imposed upon the defendant in the Municipal Court. He appealed to the Superior Court, and, before trial, moved to dismiss the complaint on the ground that the Municipal Court had no jurisdiction of the offence charged.   *Lord,* J., overruled the motion ; the defendant was found guilty, and alleged exceptions.

*M. Fischacher,* for the defendant.

*C. R. Train,* Attorney General, for the Commonwealth.

MORTON, J.   The Municipal Court of the city of Boston has jurisdiction, concurrently with the Superior Court, of cases of assault and battery, except where committed with intent to commit some other offence, or with a weapon dangerous to life, or where the life of the person assaulted is in danger, or such person is maimed.   St. 1866, *c.* 279, § 8.   Gen. Sts. *c.* 116, § 13.   The complaint in this case charges an assault and battery which does not fall within either of the excepted cases.

The additional allegations, that it was committed upon a police officer while in the discharge of the duties of his office, do not affect the jurisdiction of the Municipal Court.   That court could, in its discretion, exercise or decline to exercise final jurisdiction in the case.   Gen. Sts. *c.* 116, § 15.        *Exceptions overruled.*